ORIGINAL

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
         FILED
       JAN  6 2015
CLERK, U.S. DISTRICT COURT
By _____
            Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

ERIN POLHEMUS (01)

No. 4:15 CR 002-Y

### INDICTMENT

The Grand Jury Charges:

### Count One
### Receipt of a Visual Depiction of a Minor
### Engaging in Sexually Explicit Conduct
### (Violation of 18 U.S.C. § 2252(a)(2))

On or about September 9, 2014, in the Fort Worth Division of the Northern District of Texas, defendant **Erin Polhemus** knowingly received by any means, including by computer, any visual depiction using any means and facility of interstate and foreign commerce, knowing the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

Specifically, **Polhemus** used electronic mail and the Internet to receive the following two visual depictions of a minor engaged in sexually explicit conduct:

| File name | Description of the file |
|---|---|
| 126928116220_onionib-1.jpg | This image file shows a nude prepubescent female child wearing a dog collar and a leash around her neck. The child's hand is completely inside the vagina of a nude adult female. |
| 1328800531112.jpg | This image file shows two nude prepubescent female children on a bed with two adult women. One child's mouth is on the genitals of one adult female, while the other child has her hand on the female child's genitals. |

In violation of 18 U.S.C. § 2252(a)(2).

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant **Erin Polhemus** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture includes, but is not limited to, the following:

1. One black Apple iPhone, serial number DNQJMZUKF8H2, seized from **Polhemus** by FBI agents on October 16, 2014.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

_____
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

ERIN POLHEMUS (01)

INDICTMENT

4-15 CR 002-Y

18 U.S.C. § 2252(a)(2)
Receipt of a Visual Depiction of a Minor
Engaging in Sexually Explicit Conduct
(1 COUNT)

18 U.S.C. § 2253
Forfeiture

A true bill rendered:

DALLAS                                                                FOREPERSON

Filed in open court this 06th day of January, A.D. 2015.

Defendant in Custody.

UNITED STATES MAGISTRATE JUDGE
(Magistrate Case Number: 4:14-MJ-434)